UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

19 CV $\underline{9299 (cm)}$

**JUDGMENT**

Petitioners,

-against-

SIEBER'S OCEAN VENTURES, INC.,

Respondent.

---

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and
the action having come before the Court and the Court having considered the same and ordered
entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration
award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as
follows:

1. Awarding Petitioners $6,063.04 pursuant to the April 22, 2019 arbitration award (the
   "Award") plus interest from the date of the Award through the date of judgment with
   interest to accrue at the annual rate of 7.5% pursuant to the Award;

2. Awarding Petitioners $1,485 in attorneys' fees arising out of the proceeding; and

3. Awarding Petitioners $75 in costs arising out of the proceeding;

4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       23 December, 2019

By _____
   U.S.D.J.